UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-60667-CIV-COHN/SNOW

WILLIAM M. ROGERS and
C. MYLETT,

        Plaintiffs,

v.

JOSEPH P. NACCHIO, et al.,

        Defendants.
_____/

### FED.R.CIV.P. 7.1(a) STATEMENT OF ANSCHUTZ COMPANY

Defendant, Anschutz Company, pursuant to Fed.R.Civ.P. 7.1(a), herein states that it has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Dated: July 19, 2005.

        GUNSTER, YOAKLEY & STEWART, P.A.
*Local counsel for Defendant, Anschutz Company*
500 East Broward Boulevard, Suite 1400
Fort Lauderdale, Florida 33394
(954) 462-2000 (Telephone)
(954) 523-1722 (Facsimile)

By: _____
    SCOTT W. DANGLER, ESQ.
    Florida Bar No.: 0429007



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Fed.R.Civ.P. 7.1(a) Statement of Anschutz Company has been furnished via U.S. Mail to: William M. Rogers, Pro se Plaintiff, 606 South Military Trail, Deerfield Beach, Florida 33442, and Christopher Mylett, Pro se Plaintiff, Reg. #15263-018, P.O. Box 1031, Coleman, Florida 33521-1031; and via facsimile and U.S. Mail to: Roberta Kaplan, Esq., Marguerite Dougherty, Esq., Paul, Weiss, Rivkin, Wharton & Garrison, Counsel for Defendants Sandy Weill, Jack Grubman, Citigroup Global Market, Inc., f/k/a Salomon Smith Barney, Inc., and the unknown officers and directors of Citigroup Global Market, Inc. f/k/a Salomon Smith Barney, Inc., 1285 Avenue of the Americas, New York, NY 10019; Faith Gay, Esq., White & Case, Local counsel for Defendants Sandy Weill, Jack Grubman, Citigroup Global Market, Inc., f/k/a Salomon Smith Barney, Inc., and the unknown officers and directors of Citigroup Global Market, Inc. f/k/a Salomon Smith Barney, Inc.,200 S. Biscayne Blvd., Suite 4900, Miami, FL 33131; Elissa Preheim, Esq., Kwame Clement, Esq., Counsel for Arthur Andersen LLP, Thurman Arnold Building, 555 Twelfth Street, NW, Washington, DC 20004-1206; Joseph F. McSorley, Esq., Vincent E. Miller, Esq., Local counsel for Arthur Andersen LLP, Shutts & Bowen LLP, 250 Australian Avenue South, Suite 500, West Palm Beach, FL 33401 Michael J. Hoffman, Esq., Holme Roberts & Owen LLP, Counsel for Defendants Philip F. Anschutz, Craig D. Slater, Cannon Y. Harvey, and Anschutz Company, 1700 Lincoln Street, Suite 4100, Denver, CO 80202 and Frederick J. Bauman, Esq., Rothgerber Johnson & Lyons LLP, Counsel for Defendants Linda G. Alvarado, Craig R. Barrett, Thomas J. Donohue, Jordan L. Haines, Peter S. Hellman, Vinod Khosla, Hank Brown, W. Thomas Stephens and

Frank Popoff, One Tabor Center, Suite 3000, 1200 Seventeenth Street, Denver, CO 80202, this 19th day of July, 2005.

                                                SCOTT W. DANGLER, ESQ.
                                                Florida Bar No.: 0429007

FTL 284937.1