UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60667-CIV-COHN/SNOW

WILLIAM M. ROGERS, et al.,

    Plaintiffs,

v.

JOSEPH P. NACCHIO, et al.,

    Defendants.
_____/

**O R D E R**

THIS CAUSE is before the Court on counsel Kristy Tillman's Motion to Appear *Pro Hac Vice* (DE 442) on behalf of defendants **Sandy Weill, Jack Grubman, Citigroup Markets Inc. f/k/a Salomon Smith Barney, Inc., Citigroup, Inc. and Citigroup Global Market Holding Inc. f/k/a Salomon Smith Barney Holdings**.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Kristy Tillman, Esquire, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendants **Sandy Weill, Jack Grubman, Citigroup Markets Inc. f/k/a Salomon Smith Barney, Inc., Citigroup, Inc. and Citigroup Global Market Holding Inc. f/k/a Salomon Smith Barney Holdings** in this cause; Rudolph Aragon, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of February, 2007.

                                                            LURANA S. SNOW
Copies to:                              UNITED STATES MAGISTRATE JUDGE

All Counsel of Record

Ms. Catherine Wade (MIA)
  Executive Service Administrator