UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60667-CIV-COHN/SNOW

WILLIAM ROGERS and C. MYLETT,

       Plaintiffs,

v.

JOSEPH P. NACCHIO, et al.,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON AWARD OF ATTORNEYS' FEES

**THIS CAUSE** is before the Court upon a Report and Recommendation prepared by United States Magistrate Judge Lurana S. Snow, dated March 9, 2007 [DE 464], regarding Defendants' Verified Consolidated Motion for Attorney's Fees [DE 444]. The Court previously adopted the Report and Recommendation when it did not receive timely filed Objections from the Plaintiffs, but vacated that Order on March 30, 2007 once Objections were filed to allow for consideration of those Objections. Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of the Report and Recommendation, considering the underlying Motion, the record, and Plaintiffs' Objections, and is otherwise fully advised in the premises.

      Plaintiffs effectively raise no new arguments in their Objections, and a review of the Objections and the record leads the Court to no different conclusion than it had already reached before receiving the Objections. Plaintiffs argue in their Objections, as they did before, that the hourly rates for attorneys in this district should be reduced, that the fees should be reduced to account for duplicative work or work that could have

been done by associate attorneys or paralegals, that the out of district counsel should be paid at a rate of $200 per hour, and that fees should not be awarded for work on motions or responses in which Defendants did not prevail.  Each of these arguments was carefully considered and correctly rejected in the Report and Recommendation. Plaintiffs propose that the Court either deny the motion for fees in its entirety, or impose an across-the-board reduction of 50% to the fees awarded.  Neither remedy is supported by the evidence in the record or the law.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of Magistrate Judge Lurana S. Snow, dated March 9, 2007 [DE 464] is **ADOPTED**.

2. Defendants' Verified Consolidated Motion for Attorney's Fees [DE 444] is **GRANTED** in the amount of $231,072.69 for work performed on the civil theft claim, Fla. Stat. §772.11, and the claim filed pursuant to Florida's Civil Remedies for Criminal Practices Act, Fla. Stat. §772.104.

3. Consideration of the motion for attorneys' fees related to Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. §501.201 is **STAYED** until the judgment is final.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 6th day of April, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

William M. Rogers, *pro se*
606 S. Military Tr.
Deerfield Beach, FL  33442

Christopher Mylett, *pro se*
15263-018
Coleman Federal Prison
P.O. Box 1031
Coleman, FL  33521-1031