UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-60667-CIV-COHN/SNOW

WILLIAM F. ROGERS and C. MYLETT,

    Plaintiffs,

v.

JOSEPH P. NACCHIO, et al.,

    Defendants.
_____/

### ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO STAY ORDER GRANTING AWARD OF ATTORNEYS' FEES

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Stay the Order Granting Award of Attorneys' Fees, or in the Alternative, Allow Plaintiffs to Deposit Said Award in an Interest Bearing Account of Plaintiff's Choice for Payment to Defendants Should Eleventh Circuit Affirm this Court's Dismissal of the RICO Complaint with Prejudice [DE 478]. The Court has considered the Motion, Defendants' Opposition to Motion to Stay [DE 481] and the complete record, and is otherwise duly advised in the premises.

Subsequent to Plaintiffs filing the instant Motion, the Eleventh Circuit issued a decision in Plaintiffs' appeal of this Court's Order dismissing the Complaint and entering final judgment (Appeal Number 06-13712-II). The court affirmed this Court's Order in all respects, but concluded it lacked jurisdiction to review the matter of attorney's fees because the final amount of attorney's fees was not included in the dispositive Order presented to it on appeal. Plaintiffs have also filed a second Notice of Appeal, which was assigned a separate case number at the Court of Appeals (Appeal Number 07-

12157), appealing this Court's Order adopting the Report and Recommendations of Magistrate Judge Snow and granting attorney's fees in the amount of $231,072.69, which will provide a vehicle for the Court of Appeals to consider the matter of attorney's fees. However, the instant Motion to Stay does not address this second appeal, and includes arguments only as to the likelihood of success on their initial appeal of the final dispositive order in the case. Because that appeal has been decided, and the Court of Appeals has affirmed the dismissal of Plaintiffs' case, the issues raised in Plaintiffs' Motion to Stay are now moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Stay [DE 478] is **DENIED as moot**, insofar as it seeks a stay in light of the first appeal filed (Appeal Number 06-13712-II), which is no longer pending and has been decided in favor of Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of July, 2007.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record